**FILED**
August 15, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ASHLEY RHYMER, )<br>)<br>Defendant. ) | Case No. MAG. 08-0286 DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ASHLEY RHYMER , Case No.  MAG. 08-0286 DAD , Charge  Title 21 USC § 843 (b) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ 10,000.00

_X_   Unsecured Appearance Bond

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

_X_   (Other)   With Pretrial Services Supervision of conditions.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 15, 2008  at  3:01  pm .

By _____
Dale A. Drozd
United States Magistrate Judge