1  LAW OFFICES OF CHRIS COSCA
   Chris Cosca    SBN 144546
2  1007 Seventh Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   ASHLEY RHYMER
5

6                    **UNITED STATES DISTRICT COURT**

7               **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

| 9  UNITED STATES OF AMERICA, | ) Case No.: 2:08-CR-0392-GEB |
|---|---|
| 10         Plaintiff, | ) **STIPULATION AND ORDER** |
| 11     vs. | ) **CONTINUING STATUS CONFERENCE** |
| 12  ASHLEY RHYMER | ) DATE:  November 20, 2009 |
|  | ) TIME:  9:00 a.m. |
| 13 | ) JUDGE: Hon. Garland E. Burrel, Jr. |
| 14         Defendant. | ) |

15
                                    **Stipulation**
16
        The parties, through their undersigned counsel, stipulate that the status conference
17
scheduled for November 20, 2009 may be continued to December 18, 2009 at 9:00 a.m.
18
Additional time is necessary for defense counsel to review and analyze discovery, conduct
19
investigation and meet with the defendant. The parties also agree that time may be excluded from
20
the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18
21
U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4.
22
///
23
///
24
///
25

- 1 -

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: November 19, 2009           by     /s/ Chris Cosca
                                          Chris Cosca
                                          Attorney for Defendant
                                          ASHLEY RHYMER


DATED: November 19, 2009           by     /s/ Chris Cosca for
                                          Michael Beckwith
                                          Assistant U. S. Attorney

## Order

Good cause appearing,

The status conference scheduled for November 20, 2009 is continued to December 18, 2009 at 9:00 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4 for counsel preparation.

IT IS SO ORDERED.

DATED: 11/23/09

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -