LAW OFFICES OF CHRIS COSCA
Chris Cosca    SBN 144546
1007 Seventh Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ASHLEY RHYMER

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ASHLEY RHYMER<br><br>　　　　Defendant. | Case No.: 2:08-CR-0392-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JUDGMENT AND SENTENCE**<br><br>DATE:   March 12, 2010<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. Garland E. Burrel, Jr. |

### Stipulation

The parties, through their undersigned counsel, stipulate that the judgment and sentence hearing currently scheduled for March 12, 2010 may be continued to May 21, 2010 at 9:00 a.m. The parties require additional time to prepare and gather facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: March 9, 2010          by    /s/ Chris Cosca
                                    Chris Cosca
                                    Attorney for Defendant
                                    ASHLEY RHYMER

- 1 -

DATED: March 9, 2010            by      /s/ Chris Cosca for
                                        Michael Beckwith
                                        Assistant U. S. Attorney

### **Order**

Good cause appearing,

The judgment and sentence hearing currently scheduled for March 12, 2010 is continued to May 21, 2010 at 9:00 a.m.

IT IS SO ORDERED.

DATED:  3/15/10

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -