LAW OFFICES OF CHRIS COSCA
Chris Cosca    SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
ASHLEY RHYMER

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>ASHLEY RHYMER<br><br>     Defendant. | Case No.: 2:08-CR-0392-GEB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE JUDGMENT**<br>**AND SENTENCE**<br><br>**DATE:**   May 21, 2010<br>**TIME:**   9:00 a.m.<br>**JUDGE:**   Hon. Garland E. Burrel, Jr. |

## Stipulation

The parties, through their undersigned counsel, stipulate that the judgment and sentence hearing currently scheduled for May 21, 2010 may be continued to July 9, 2010 at 9:00 a.m. The parties require additional time to prepare and gather facts relevant to judgment and sentencing herein.

The prosecutor has authorized defense counsel to sign this stipulation on his behalf.

DATED: May 19, 2010          by     /s/ Chris Cosca
                                    Chris Cosca
                                    Attorney for Defendant
                                    ASHLEY RHYMER

| | | |
|---|---|---|
| DATED: May 19, 2010 | by | /s/ Chris Cosca for<br>Michael Beckwith<br>Assistant U. S. Attorney |

**Order**

Good cause appearing,

The judgment and sentence hearing currently scheduled for May 21, 2010 is continued to July 9, 2010 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 5/19/10

GARLAND E. BURRELL, JR.
United States District Judge

- 2 -